UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANCARLOS MARTINEZ,<br><br>                           Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                           Defendant. | Case No.: 20-cv-1061-MDD<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS [ECF NO. 3]** |

On, June 10, 2020, Plaintiff Sancarlos Martinez filed this social security appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), challenging the denial of his application for disability benefits. (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 3). For the reasons set forth below, the Court **DENIES** Plaintiff's motion to proceed IFP.

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is

granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriquez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1965). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). But "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

A review[1] of the application by the Court shows that Plaintiff has failed to demonstrate how Plaintiff covers his living expenses of approximately $4400.00 (ECF 3) other than by receiving a pension of $319.00 a month. It also appears that Plaintiff has $2100.00 in a bank account, stocks and bonds in the amount of "25k." (ECF No. 2). As such, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*.

If Plaintiff seeks to resubmit his request, he is directed to complete form AO 239 (Rev. 01/15), Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form). The form can be found on the Court's website at https://www.casd.uscourts.gov/forms.aspx?list=all.

IT IS SO ORDERED.

Dated: June 19, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] The Court has also reviewed Plaintiff's complaint, and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B).