UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANCARLOS M.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No.: 20cv1061-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>[ECF No. 20] |

On June 10, 2020, Sancarlos M. ("Plaintiff") filed this social security appeal challenging the denial of his application for a period of disability and disability insurance benefits. (ECF No. 1). On March 22, 2021, the Court granted Plaintiff's motion for summary judgment, denied Defendant's cross-motion for summary judgment, and remanded the matter to the Social Security Administration for further consideration. (ECF No. 18). The parties now stipulate to an award to Plaintiff of attorney's fees and expenses in the amount of $7,500.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 20).

The EAJA allows a prevailing party to seek attorney's fees from the

United States within thirty days of final judgment.  28 U.S.C. § 2412(d).  "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal."  Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from.  See Fed. R. App. 4(a)(1)(B).  "A plaintiff who obtains a sentence four remand is considered a prevailing party for attorneys' fees."  Akopyan, 296 F.3d at 854. Therefore, Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees and expenses in the total amount of **$7,500.00**.  Fees will be made payable to Sancarlos Martinez, but if the Department of the Treasury determines that Sancarlos Martinez does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to Josephine M. Gerrard, pursuant to the assignment executed by Sancarlos Martinez.  Any payments will be delivered to Josephine M. Gerrard.

**IT IS SO ORDERED**.

Dated:   April 20, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge